IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-1863-AP**

**VANESSA VIGIL,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Unopposed Motion for Leave to File Answer Out of Time (doc. #7),

filed December 14, 2009, is GRANTED.  Defendant's answer is accepted as timely filed.

Dated:  December 14, 2009