IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01863-JLK

VANESSA VIGIL,

       Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL**

For Plaintiff:

Michael A. Desaulniers
402 W. 12th Street
Pueblo, CO 81003
Phone: 719-543-8636
Fax:    719-543-8403
seckarlaw@mindspring.com

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294
(303) 844-7278
anthony.navarro@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)**.**

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  August 6, 2009.

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  September 30, 2009.

    **C.    Date Answer Was Filed:**  December 14, 2009.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record appears to be adequate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not currently intend to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not appear to present unusual claims or defenses.

**7.    OTHER MATTERS**

None at this time

**8.    BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**  February 3, 2010.

    **B.    Defendant's Response Brief Due:**  March 5, 2010.

    **C.    Plaintiff's Reply Brief Due (if any):**  March 19, 2010.

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.   Plaintiff's Statement:**

   Plaintiff does not request oral argument

   **B.   Defendant's Statement:**

   Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.   ( X )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.   ( )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1( C ) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 4th day of January, 2010.

BY THE COURT:

**s/John L. Kane**
United States District Court Judge

APPROVED:

For Plaintiff:                                                          For Defendant:

s/ Michael A. Desaulniers                                    s/ Anthony J. Navarro

Michael A. Desaulniers                                        Anthony J. Navarro
Attorney for Plaintiff                                            Special Assistant U.S. Attorney
                                                                              Attorney for Defendant