IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01863-PAB

VANESSA VIGIL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## ORDER
_____

This matter is before the Court on plaintiff's motion for attorney's fees [Docket No. 24] and the parties' stipulation for attorney's fees and expenses [Docket No. 25]. Plaintiff filed a motion seeking an award of attorneys fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), on June 24, 2011. Subsequently, the parties reached an agreement regarding her request. The parties' stipulation states that the agreed to award "shall constitute a complete release from and bar to any and all claims relating to EAJA fees and costs in connection with this action." *See* Docket No. 25 at 2. Accordingly, it is

**ORDERED** that plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [Docket No. 24] is **DENIED as moot**.

DATED July 11, 2011.

                                       BY THE COURT:

                                       s/Philip A. Brimmer
                                       PHILIP A. BRIMMER
                                       United States District Judge